IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 23-13747 |
| | ) | |
| CHIQUITA HULL, | ) | CHAPTER 7 |
| | ) | |
| DEBTOR. | ) | ADVERSARY CASE NO. 24-00012 |
| | ) | |
| | ) | JUDGE: Honorable Donald R. Cassling |
| IDA MAE WILLIAMS, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| CHIQUITA D. HULL, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## NOTICE OF MOTION

TO:

Joan Fenstermaker, P.C.
105 West Madison Street
Suite 600
Chicago, Illinois 60602
Email: joanfenstermaker@gmail.com
Attorneys for Plaintiff

Chiquita Hull
Debtor-Defendant
1729 East 86th Street
Apartment 2
Chicago, Illinois 60617

Please take notice that on June 18, 2024 at 10:00 a.m., I will appear before the Honorable Judge Donald Cassling, or any other Judge sitting in his stead, either in Courtroom 619 of the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois, 60604, or electronically as described below, and present Motion For Leave to Withdraw as Attorney on Behalf of the Debtor-Defendant, a copy of which is attached.

Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.

To appear by Zoom using the internet, use this link: https:// www.zoomgov.com/join.
Then enter the meeting ID and passcode.

To appear by Zoom using a telephone, call Zoom for Government on 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

Meeting ID and passcode. The meeting ID for this hearing is 161 414 7941 and the passcode is 619. The meeting ID and passcode can also be found on the judge's page on the court's website.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it

_____
Jon Michelle Richardson
Attorney for Debtor-Defendant


## CERTIFICATE OF SERVICE

I, Jon Michelle Richardson, certify, that on June 10, 2024, I caused the foregoing Notice of Motion with the attached Motion to be served upon the debtor-defendant, Chiquita Hull, by addressing an envelope to Chiquita Hull, and placing the same in the United States Mail at 433 West Harrison Street, Chicago, Illinois, 60699, for First Class mail delivery with postage prepaid, before the hour of 5:00 p.m. on said date.

_____
Jon Michelle Richardson


## CERTIFICATE OF SERVICE

I, Jon Michelle Richardson, certify, that on June 10, 2024, I caused the foregoing Notice of Motion with the attached Motion to be served upon the law office of Joan Fenstermaker, P.C. by transmitting a copy of the Notice of Motion and Motion to the email address of joanfenstermaker@gmail.com, before the hour of 5:00 p.m., on said date.

_____
Jon Michelle Richardson

DATED: June 10, 2024

**Jon Michelle Richardson**
**Attorney for Debtor-Defendant, Chiquita D. Hull**
**332 South Michigan Avenue**
**Suite 121-J397**
**Chicago, Illinois 60604**
**jon@richardsonlawgroup.org (email)**
**708-623-3224 (telephone)**
**708-844-1217 (facsimile)**
**Attorney Code:  6183975**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) CASE NO. 23-13747 |
| | ) |
| CHIQUITA HULL, | ) CHAPTER 7 |
| | ) |
| DEBTOR. | ) ADVERSARY CASE NO. 24-00012 |
| | ) |
| | ) JUDGE: Honorable Donald R. Cassling |
| IDA MAE WILLIAMS, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) |
| | ) |
| CHIQUITA D. HULL, | ) |
| | ) |
| DEFENDANT. | ) |

## MOTION FOR LEAVE TO WITHDRAW AS ATTORNEY OF RECORD ON BEHALF OF DEBTOR-DEFENDANT

NOW COMES the Debtor's Counsel, Jon Michelle Richardson, Attorney at Law, and Hereby moves this Honorable Court for leave to withdraw as attorney for Debtor-Defendant. In so moving, attorney for Debtor-Defendant, states as follows:

1. That the Debtor filed a Chapter 7 Voluntary Petition on October 13, 2023.

2. That the Plaintiff filed Complaint to Determine Dischargeability of Debt on January 16, 2024.

3. That the undersigned was retained by the debtor-defendant on February 26, 2024, to represent her in the Complaint to Determine Dischargeability of Debt.

4. The undersigned on March 12, 2024, filed an Appearance on behalf of the debtor-defendant.

5. That on April 2, 2024, the undersigned filed Answer to Complaint with the Clerk of the Court on behalf of the debtor-defendant.

6. The undersigned as attorney for the debtor-defendant has diligently represented the debtor in this matter.

7. That the cause of action is scheduled for status hearing for August 13, 2024.

8. That material and substantive differences have arisen between the Debtor and the undersigned as attorney for the Debtor, that are not capable of being reconciled.

9. That attorney for the Debtor believes that she cannot effectively represent the Debtor-Defendant in the adversary cause of action.

WHEREFORE, Jon Michelle Richardson, as Attorney for Debtor, respectfully prays that this Honorable Court enter an Order granting leave to withdraw as attorney from the adversary cause of action on behalf of debtor.

Respectfully Submitted,

*/s/ Jon M. Richardson*

Jon Michelle Richardson
Attorney for Debtor

Jon Michelle Richardson
Attorney for Debtor-Defendant, Chiquita D. Hull
332 South Michigan Avenue
Suite 121-J397
Chicago, Illinois 60604
jon@richardsonlawgroup.org (email)
708-623-3224 (telephone)
708-844-1217 (facsimile)
Attorney Code: 6183975